## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| Maria Lopez and Alexis Brown, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> - against - <br><br> Amazon.com, Inc., <br><br> Defendant | 2:21-cv-02317-CSB-EIL |

### JOINT STIPULATION RE FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE

Plaintiffs Maria Lopez and Alexis Brown (collectively, "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, on December 25, 2021, Plaintiffs filed the Complaint (Dkt. #1);

WHEREAS, on May 10, 2022, Amazon filed a Motion to Dismiss the Complaint for lack of personal jurisdiction and failure to state a claim (Dkt. #5);

WHEREAS, Amazon's Motion to Dismiss argued, among other things, that Amazon cannot be held liable for the actions of a subsidiary, Ring LLC ("Ring") (Dkt. #5 at 1 & n.1);

WHEREAS, on May 24, 2022, Plaintiffs filed its Opposition to the Motion to Dismiss (Dkt. #12);

WHEREAS, Plaintiffs' Opposition seeks the Court's leave to file a [Proposed] First Amended Class Action Complaint ("FAC"), which dismisses Amazon and adds Ring as a defendant (Dkt. #12-1);

WHEREAS, Amazon consents to the filing of the FAC pursuant to Fed. R. Civ. P. 15(a)(2);

6197883

WHEREAS, this stipulation is not intended to be and is not a waiver of any defendant's defenses, arguments, or rights, including, without limitation, the right to seek dismissal of the FAC and the right to seek to compel arbitration, as appropriate;

WHEREAS, the Parties have agreed that the deadline to respond to the FAC (either by motion or answer) shall be July 29, 2022; and, if applicable, Plaintiffs' deadline to oppose any such motion(s) shall be August 29, 2022;

IT IS HEREBY STIPULATED by and between all Parties hereto, by and through their undersigned counsel, that: (1) Amazon consents to the filing of the FAC, dismissing Amazon from this action; (2) Plaintiffs will file the same version of the FAC as in Docket #12-1 within one court day of the Court order granting leave to amend; (3) the deadline to respond to the FAC shall be July 29, 2022; and (4) if applicable, Plaintiffs' deadline to oppose any such motion(s) shall be August 29, 2022. A proposed order is filed concurrently with this Stipulation as Exhibit A.

Dated: June 3, 2022

Respectfully submitted,

| Sheehan & Associates, P.C. | Hueston Hennigan LLP |
|---|---|
| */s/ Spencer Sheehan* | */s/ Craig A. Fligor* |
| Spencer Sheehan (4942520) | Moez M. Kaba (CA 257456) |
| 60 Cuttermill Rd. Ste. 409 | Craig A. Fligor (IL 6326906) |
| Great Neck, NY 11021 | 523 W 6th St., Ste 400 |
| Tel: (516) 268-7080 | Los Angeles, CA 90014 |
| spencer@spencersheehan.com | Tel: (213) 788-4340 |
| *Attorneys for Plaintiffs* | mkaba@hueston.com |
| | cfligor@hueston.com |
| | |
| | Peter W. Brandt (IL 6185150) |
| | Livingston, Barger, Brandt & Shroeder, LLP |
| | 115 W. Jefferson St., Ste 400 |
| | Bloomington, IL 61701 |
| | Tel: (309) 828-5281 |
| | pbrandt@lbbs.com |
| | |
| | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| Maria Lopez and Alexis Brown, individually and on behalf of all others similarly situated, | 2:21-cv-02317-CSB-EIL |
| Plaintiffs, | |
| - against - | |
| Amazon.com, Inc., | |
| Defendant | |

CERTIFICATE OF SERVICE

I certify that on ___June 3, 2022___, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following: Spencer Sheehan (spencer@spencersheehan.com) and I certify that I have mailed by United States Postal Service the document to the following non CMECF participants:

  n/a                                                                                     .

                                                                                 */s/ Craig A. Fligor*
                                                                                 Attorney's signature

                                               Craig A. Fligor (IL 6326906)
                                               Printed name and bar number

                                                     523 W 6th St., Ste 400
                                                     Los Angeles, CA 90014
                                                                                Address

                                                     cfligor@hueston.com
                                                     E-mail Address

                                                     (213) 788-4340
                                                     Phone Number

                                                     (888) 775-0898
                                                     Fax Number

6197883